IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HEAT & FROST INSULATORS,  No. C 04-04017 SI

        Plaintiff, **SECOND PRETRIAL PREPARATION ORDER**

  v.

KARCHER FIRESTOPPING,

        Defendant.

    /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 31, 2005.

DESIGNATION OF EXPERTS: Pltf. 10/31/05; Deft. 10/31/05.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 30, 2005.

DISPOSITIVE MOTIONS **SHALL** be filed by November 4, 2005;

    Opp. Due November 18, 2005; Reply Due November 28, 2005;

    and set for hearing no later than December 9, 2005 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 7, 2006 at 3:30 PM.

COURT TRIAL DATE: February 21, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be six days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties shall participate in an informal settlement meeting on June 29, 2005.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/31/05

                                        S/Susan Illston
                                   SUSAN ILLSTON
                                 United States District Judge