DAVIS, COWELL & BOWE, LLP
John J. Davis Jr., SBN 65594
Paul L. More, SBN 228589
595 Market Street, Suite 1400
San Francisco, CA 94105
Tel: 415-597-7200; Fax: 415-597-7201

Attorneys for Plaintiffs

Shane D. Sullivan, Esq. SBN 210967
CORPORATE COUNSEL
2300 E. Orangewood Avenue
Anaheim, California 92806
Tel: 714-385-1490; Fax: 714-385-1878

Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEAT AND FROST INSULATORS AND ASBESTOS WORKERS, LOCAL UNION NO. 16, AFL-CIO; and STEVE STEELE, as Trustee of the Western States Insulators Pension Fund, the Local 16 Health and Welfare Fund, and the Local 16 Apprenticeship Fund, <br><br>                         Plaintiffs, <br><br>         vs. <br><br> KARCHER FIRESTOPPING INC.; KARCHER INSULATION INC.; and BENJAMIN RAMON KARCHER, <br><br>                         Defendants. | Case No. C 04 4017 SI <br><br> **[PROPOSED] ORDER** <br><br> [Fed. R. Civ. P. 41(a)(1)(ii)] |

The Court has reviewed the Stipulation set forth above, and the terms and conditions of the Settlement Agreement attached to this Order as Exhibit 1 and incorporated in this Order as if fully set forth in it. Good cause appearing,

PURSUANT TO STIPULATION, IT IS SO ORDERED, that:

1

[PROPOSED] ORDER                                             Case No. C 04 4017 SI

1.  This matter is dismissed with prejudice;

2.  The dismissal is expressly conditioned upon the terms and conditions of the Settlement Agreement attached to and incorporated in this Order;

3.  The Court retains jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of the attached Settlement Agreement, which is a part of this Order; and

4.  Each party is to bear its own costs, except as provided for in the attached Settlement Agreement.

Dated: _____     _____



Hon. Susan Illston
United States District Court Judge

GRANTED

Judge Susan Illston

2

[PROPOSED] ORDER                                    Case No. C 04 4017 SI